IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL ALEXANDER BACON, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | **MEMORANDUM DECISION AND ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**<br><br>Case No. 2:16-cv-00724<br><br>District Judge David Nuffer |

Petitioner Michael Alexander Bacon seeks to alter or amend[1] the Memorandum Decision and Order Granting in Part and Denying and Dismissing in Part § 2255 Motion ("Memorandum Decision").[2] He argues the Memorandum Decision inaccurately reflects the record regarding the leave he requested, and was granted, to supplement his reply memorandum with transcripts from two hearings in his underlying criminal case.[3] This argument lacks merit—the Memorandum Decision accurately reflects the record.[4]

Mr. Bacon also states his disagreement with the Memorandum Decision's findings and conclusions regarding his ineffective assistance of counsel claim, and the knowing and voluntary nature of his collateral review waiver and guilty pleas.[5] In doing so, Mr. Bacon reasserts prior

---

[1] Motion to Alter or Amend a Judgment ("Motion"), docket no. 57, filed July 5, 2018.

[2] Docket no. 52, filed June 5, 2018.

[3] Motion at 1-7.

[4] Memorandum Decision at 10-11.

[5] Motion at 3-7.

arguments, which were rejected.[6] The Memorandum Decision's findings and conclusions will not be reconsidered. Therefore,

IT IS HEREBY ORDERED that Mr. Bacon's Motion[7] is DENIED.

Signed July 9, 2018.

BY THE COURT

_____
District Judge David Nuffer

---

[6] Memorandum Decision at 8-19

[7] [Docket no. 57](), filed July 5, 2018.